No. 66. List *v.* Lerner, dba Lerner & Co., et al., *ante,* p. 811;

No. 80. Ring *v.* New Jersey, *ante,* p. 812;

No. 83. Crombie *v.* Crombie, *ante,* p. 812;

No. 105. Williams *v.* Howard Johnson's, Inc., of Washington, *ante,* p. 814;

No. 119. United States *v.* New Orleans Chapter, Associated General Contractors of America, Inc., et al., *ante,* p. 17;

No. 142. Flying Tiger Line, Inc. *v.* Mertens, Administrator, et al., *ante,* p. 816;

No. 152. Demers *v.* Brown et al., *ante,* p. 818;

No. 173. Pinciotti *v.* United States, *ante,* p. 819;

No. 189. Lichtenstein, aka Wells *v.* United States, *ante,* p. 821;

No. 199. Diaz et al. *v.* United States, *ante,* p. 822;

No. 210. Stevens *v.* Marks, New York Supreme Court Justice, *ante,* p. 809;

No. 290. Stevens *v.* McCloskey, Sheriff, *ante,* p. 809;

No. 278. Stupak *v.* United States, *ante,* p. 829;

No. 330. Wade *v.* United States, *ante,* p. 834;

No. 334. National Maritime Union of America, AFL–CIO *v.* National Labor Relations Board, *ante,* p. 835;

No. 403. National Maritime Union of America, AFL–CIO *v.* National Labor Relations Board, *ante,* p. 840;

No. 405. Semel *v.* United States, *ante,* p. 840;

No. 45, Misc. DeGregory *v.* United States, *ante,* p. 850;

No. 186, Misc. Budner *v.* New York, *ante,* p. 860; and

No. 192, Misc. Byers *v.* Crouse, Warden, *ante,* p. 860. Petitions for rehearing denied.